**Order filed, May 16, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00103-CR

_____

**FRANCISCO CASTILLO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 178th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1369878**

## ORDER

The reporter's record in this case was due **April 08, 2013**. *See* Tex. R. App. P. 35.1. On **April 09, 2013** this court granted **Tammy Adam's** motion for extension of time to file the record on or before **May 08, 2013**. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Tammy Adams, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM